

Monday, August 15, 2011

No. 11–0615/AR.   U.S. v. Darrian S. Nealy.   CCA 20100654.   Review granted on the following issues:

  I.  APPELLANT WAS CHARGED WITH COMMUNICATING A THREAT UNDER ARTICLE 134, BUT WAS CONVICTED PURSUANT TO HIS PLEA OF USING PROVOKING SPEECH IN VIOLATION OF ARTICLE 117.  IN LIGHT OF *UNITED STATES v. JONES*, 68 M.J. 465 (2010) CAN THE CONVICTION BE SUSTAINED?

  II.  WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

Briefs will be filed under Rule 25 on Issue I only.